UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LAUTH,

     Plaintiff,                        Case No. 18-cv-13912
                                          Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.
_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #16) AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #12)

In this action, Plaintiff Raymond Lauth challenges the denial of his application for disability insurance benefits. (*See* Compl., ECF No. 1.) Lauth and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Motions, ECF Nos. 12, 16)

On October 31, 2019, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant the Commissioner's motion and deny Lauth's motion (the "R&R"). (*See* R&R, ECF No. 17.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.1189-1190.)

1

Lauth has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Lauth has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's Motion for Summary Judgment and deny Lauth's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) the Commissioner's Motion for Summary Judgment (ECF No. 16) is **GRANTED** and (2) Lauth's Motion for Summary Judgment (ECF No. 12) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 9, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764